Timothy McCandless, SBN 147715
Law offices of Timothy L. McCandless
26875 Calle Hermosa, Ste. A
Capistrano Beach, CA 92624
Legal@Prodefenders.com

Tele:  (925) 957-9797
Fax:   (925) 957-9799

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANA V HENRIQUEZ )<br>  )<br>    DEBTOR. )<br>  )<br>_____ )<br>  )<br>ANA V HENRIQUEZ, )<br>AN INDIVIDUAL, )<br>  )<br>            Plaintiff(s), )<br>  )<br>        vs. )<br>  )<br>LINDEN RIVER FINANCIAL, LLC; )<br>Et al, )<br>          Defendant(s). )<br>_____ ) | Case No.   15-25615___<br><br>Chapter 13<br><br>**Adversary Proceeding #: 15-02175**<br><br><br>DCN:  MCC-05<br><br><br>No Hearing Required |

**AMENDED**

**NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

TO:     All parties and to their attorneys of Record:

NOTICE HEREBY GIVEN that Plaintiff/Debtor, Ana V Henriquez, by and through her attorney of record, Timothy L. McCandless, hereby dismisses this adversary proceeding with prejudice, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil

Procedure 41(a)(1)(A)(i) on the grounds that Debtor, Ana V Henriquez has reached an agreement with Linden River Financial.

                                        Respectfully Submitted:
                                        Law Office of Timothy L. McCandless

Dated:   September 14, 2015            /s/__*Timothy L. McCandless*____
                                             Timothy L. McCandless